FILED

JAN 0 6 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY

UNITED STATES OF AMERICA )
)
)
VS. ) NO: DR:14-CR-1398 (1) AM
)
)
ROBERTO REYNA )

## ORDER

On this, the ___6th___ day of January, 2016, came on to be considered Defendant's Motion For An Extension of Time. Following due consideration, the Court grants this Motion.

It is, therefore, ordered by the Court that said Motion is granted. *The defendant's report date is extended to February 16, 2016.*

Signed this the ___6th___ day of January 2016.

_____
United States District Judge *Alia Moses*